STATE v. JOHNSON

No. 500P02

Case below: 148 N.C. App. 407

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. JONES

No. 510P02

Case below: 152 N.C. App. 719

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. KUBRICHT

No. 422P02

Case below: 151 N.C. App. 600

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Motion by plaintiff to deny petition for discretionary review dismissed as moot 3 October 2002.

STATE v. LEWIS

No. 446P02

Case below: 151 N.C. App. 600

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 3 October 2002.

STATE v. LEWIS

No. 426P02

Case below: 151 N.C. App. 600

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.